U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

NOV 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARCELLUS WASHINGTON<br>Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV04-0871 |
| VERSUS | |
| ROBERT M. TAPIA, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Washington's motion for injunctive relief is denied.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28 day of November, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE